No. 78–5635. O'QUINN v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 78–5643. CHORIER v. UNITED STATES; and
No. 78–5715. UMBERS v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 586 F. 2d 833.

No. 78–5645. GAUTAM v. FIRST NATIONAL CITY BANK. C. A. 2d Cir. Certiorari denied.

No. 78–5648. FINNEGAN v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 78–5651. HUDSON ET AL. v. RHODES ET AL. C. A. 6th Cir. Certiorari denied.

No. 78–5661. SANCHEZ-MURILLO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–5674. WILCHER ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 78–5675. MALDONADO-PEREZ v. UNITED STATES; and
No. 78–5764. ALGAR v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: No. 78–5675, 577 F. 2d 753; No. 78–5764, 577 F. 2d 752.

No. 78–5688. MOORE v. ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 78–5692. SCHWALBE ET UX. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–5709. MILLER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–5724. SCUDIERO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.